IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-WYD-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2009.**

    Plaintiff's Motion for Amendment of Section 8(A) of Scheduling Order [filed December 4, 2009; docket #39] is **denied**.  The deadlines in the Scheduling Order are imposed upon the parties; the Court has discretion to amend a Scheduling Order deadline for "good cause" and may do so if it determines amendment of the pleadings (whether following a ruling on the Motion to Dismiss or otherwise) outside of the deadline is appropriate.