IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: February 10, 2010

    Pursuant to the United States District Court, District of Colorado General Order 2005-3 (Order Adopting Student Practice Rule), it is ORDERED that John McKee and Christopher Brown are authorized to appear on behalf of Defendant before the Court in this case.