IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-WYD-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2010.**

    The Stipulated Motion for Entry of Stipulated Protective Order [filed February 12, 2010; docket #45] is **granted in part and denied in part**.  The Stipulated Protective Order (excluding proposed paragraph 24) is issued and filed contemporaneously with this minute order.