IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY,

    Defendant.

_____

ORDER
_____

The matters before the Court are Defendant's Opposed Motion For Judicial Notice Of Agency Records For Consideration With Respect To Defendant's Motion To Dismiss (Doc. No. 54) and Defendant's Second Opposed Motion For Judicial Notice Of Agency Records For Consideration With Respect To Defendant's Motion To Dismiss (Doc. No. 58).

The terms of the Title V Permit (Permit) at issue in this case, issued in 2002, speak for themselves. Both the letter and petition are improper attempts to introduce opinion evidence interpreting the terms of the Permit.

Further, to the extent that this letter and petition attempt to clarify or explain portions of the existing Permit, it is an improper collateral attack.[1]

Accordingly, it is

---

[1] 42 U.S.C. § 7607(b)(2).

ORDERED that Defendant's Opposed Motion For Judicial Notice Of Agency Records For Consideration With Respect To Defendant's Motion To Dismiss (Doc. No. 54; Mar. 22, 2010) and and Defendant's Second Opposed Motion For Judicial Notice Of Agency Records For Consideration With Respect To Defendant's Motion To Dismiss (Doc. No. 58; Apr. 8, 2010) are denied.

DATED at Denver, Colorado, this 15th day of April, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court