IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2010.**

    Plaintiff's Unopposed Motion to Shorten Time [filed August 4, 2010; docket #82] is **granted**. Defendant shall file a response to the Motion to Amend Scheduling Order [docket #81] on or before **August 11, 2010**.