IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2010.**

    The Joint Motion for Entry of Stipulated Protective Order Governing Expert Discovery [filed September 1, 2010; docket #102] is **granted**. The Stipulated Protective Order Governing Expert Discovery is issued and filed contemporaneously with this minute order.