IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: October 5, 2010

    It is ORDERED that Plaintiff's Unopposed Motions For Leave To Appear (Doc. Nos. 119, 120, 121) are granted. Pursuant to the United States District Court, District of Colorado General Order 2005-3 (Order Adopting Student Practice Rule), Nicholas A. Murray, Patrick Spellman, and Daniel A. Valenzuela are authorized to appear on behalf of Plaintiff before the Court in this case. The Court notes that the required Law Student Appearance Forms were attached to the motions as proposed orders.