IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-01862-ZLW-MEH | FTR – Courtroom C203 |
| Date: October 5, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| WILDEARTH GUARDIANS, | Herbert Fenster |
| | Kevin J. Lynch |
| Plaintiff, | Michael Ray Harris |
| | Nicholas Murray |
| v. | |
| PUBLIC SERVICE COMPANY OF COLORADO, | A. Kent Mayo |
| d/b/a Xcel Energy, | Jacy T. Rock |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:** 3:13 p.m.

The Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion for an Order Compelling Discovery (Doc. #74, filed 8/4/10) and Defendant's Motion for Protective Order (Doc. #90, filed 8/25/10).

**ORDERED:** 1. Defendant shall file a Status Report on or before **October 12, 2010,** containing expanded information from the Maximo database on work orders entered on January 14, 2008, and information concerning the backup tape search for the term "opacity" for the date of January 15, 2008.

2. A continued Motions Hearing is set for **October 18, 2010, at 1:30 p.m.** Denver time. Mr. Mayo may appear by telephone at that hearing and is directed to call (303)844-4507 at the designated time.

3. The Final Pretrial Conference set for November 19, 2010, is vacated and will be reset by separate order.

The Court takes the motions under advisement.

**Court in recess:** 4:50 p.m. (Hearing concluded)
Total time in court: 1:37