IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2010.**

    Plaintiff's Unopposed Motion to Amend Scheduling Order [filed October 29, 2010; docket #141] is **granted in part and denied in part**.  For good cause shown, the Scheduling Order shall be amended as follows:

Discovery cutoff:               December 1, 2010
Dispositive motion deadline:     January 14, 2011

All other deadlines and conference dates shall remain the same.