# Exhibit 2



**Environmental Law Clinic**
*Student Law Offices*
*2255 E. Evans Avenue*
*Denver, Colorado 80222*

303-871-6140

April 28, 2010

BY ELECTRONIC MAIL

Kent Mayo
Baker Botts, LLP
The Warner
1299 Pennsylvania Ave. N.W.
Washington D.C. 20004-2400

Re:   WildEarth Guardians v. Public Service Company of Colorado d/b/a Xcel Energy
      09-CV-01862-ZLW-MEH
      Defendant's First Set of Interrogatories to Plaintiff

Dear Mr. Mayo:

      WildEarth Guardians is concerned that Xcel has exceeded the thirty-five interrogatory limit stipulated in Scheduling Order. Under Rule 33, each interrogatory and discrete subpart counts against the numerical limit. Fed. R. Civ. P. 33(a). Although the rules do not define "discrete subpart", the Advisory Committee cautioned against evading the limit by "joining as 'subparts' questions that seek information about discrete separate subjects." Fed. R. Civ. P. 33 Advisory Committee notes. Subparts seeking details of a particular subject area are generally considered one interrogatory, whereas "an interrogatory with subparts inquiring into discrete areas is more likely to be counted as more than one for purposes of the limitation." *Williams v. Board of County Com'rs of the Unified Gov't of Wyandotte County and Kan. City, Kan.*, 192 F.R.D. 698, 701 (D. Kan. 2000) (quotations omitted). Considering these standards, Xcel's First Set of Interrogatories substantially exceeds the thirty-five interrogatory limit.

      Interrogatories one through ten and twelve all contain multiple interrogatories. For example, Interrogatory Number One includes at least eight discrete subparts. Please let us know if you would like to withdraw or revise any interrogatories. If not, WildEarth Guardians will respond and object accordingly.

      Please let me know if you would like to discuss this matter further.

Sincerely,

Dan Vedra
Student Attorney

1

Environmental Law Clinic
University of Denver, Sturm College of Law

CC: Jacy Rock
    Colin Diehl
    Mike Harris
    Kevin Lynch
    Lino Lipinsky
    Herb Fenster

Encl: None

2