# Exhibit 5

## Spellman, Patrick

| | |
|---|---|
| From: | Lynch, Kevin |
| Sent: | Thursday, May 20, 2010 3:10 PM |
| To: | 'kent.mayo@bakerbotts.com'; Vedra, Daniel; Harris, Mike; llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com |
| Cc: | cdeihl@faegre.com; jrock@faegre.com |
| Subject: | RE: WildEarth Guardians v. Public Service Company |

Thank you Kent,

This email is to confirm the discussion we just had on the phone. WildEarth Guardians agrees to provide a complete response to your revised interrogatories by Friday, May 28. If we are able to complete all or a portion of the responses sooner than next Friday, we will send those to you when they are available.

We do still count 37 discrete interrogatories in your request, and we reserve the right to object to answering any further interrogatories you may send.

Kevin

-----Original Message-----
From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Tuesday, May 18, 2010 3:25 PM
To: Lynch, Kevin; Vedra, Daniel; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Counsel:

Enclosed please find correspondence regarding Defendant's Interrogatories.

Thanks,

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED. CONFIDENTIALITY NOTICE: E-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.

-----Original Message-----
From: Mayo, Kent
Sent: Monday, May 17, 2010 4:49 PM
To: 'Lynch, Kevin'; Vedra, Daniel; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Kevin:

We are amenable to an extension until Friday to work this out.  Let's set a discussion up for Wednesday.

Thanks,

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED.  CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged.  Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e -mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.


-----Original Message-----
From: Lynch, Kevin [mailto:klynch@law.du.edu]
Sent: Monday, May 17, 2010 4:09 PM
To: Mayo, Kent; Vedra, Daniel; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Thank you Kent - we will look forward to reviewing your proposal.
Unfortunately we're not available this afternoon as we're about to head out of the office for a meeting for the remainder of the day.

2

I have a brief due tomorrow in another case tomorrow. I might be able to discuss your proposal tomorrow (Tues), but could certainly do so Wednesday. If you're amenable, I think an extension until Friday might work better. We'd been planning to get this resolved today so we could focus on other cases for the remainder of the week, so Wednesday would be tough for us.

We are certainly amenable to further discussions and hope that we can resolve this informally.

Thank you,
Kevin

-----Original Message-----
From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Monday, May 17, 2010 1:54 PM
To: Vedra, Daniel; Lynch, Kevin; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Counsel:

Consistent with our discussion on Thursday, we will be sending shortly a proposal regarding responses to Defendant's First Set of Interrogatories intended to address our dispute regarding the characterization of the number of those requests. We would like to discuss this further this afternoon and are amenable to providing WEG with an additional extension for response until Wednesday to allow the parties to attempt to work out a solution that will avoid a motion to compel.

Please let us know if you are available this afternoon and are amenable to further discussion of this issue.

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED. CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged.  Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e -mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

-----Original Message-----

From: Vedra, Daniel [mailto:dvedra11@law.du.edu]
Sent: Wednesday, May 12, 2010 5:13 PM
To: Mayo, Kent; Lynch, Kevin; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Kent,

Tomorrow at 3:30 MT will be fine.

Thank you,

Dan

-----Original Message-----
From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Wednesday, May 12, 2010 3:00 PM
To: Vedra, Daniel; Lynch, Kevin; Harris, Mike; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company

Dan:

My apologies but I have had an unexpected conflict arise. Can we reschedule to the same time tomorrow?

Kent

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED. CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged.  Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.


-----Original Message-----
From: Vedra, Daniel [mailto:dvedra11@law.du.edu]
Sent: Wednesday, May 12, 2010 2:02 PM

4

```
To: Mayo, Kent; Lynch, Kevin; Harris, Mike; McKee, John; Adams, Stephen;
llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com
Subject: RE: WildEarth Guardians v. Public Service Company
```

Kent,

We won't all be in one location. Would you mind setting up a call in number? Thank you.

Dan

Daniel Vedra

J.D. Candidate
University of Denver

```
From: kent.mayo@bakerbotts.com [kent.mayo@bakerbotts.com]
Sent: Wednesday, May 12, 2010 11:48 AM
To: Lynch, Kevin; Vedra, Daniel; Harris, Mike; McKee, John; Adams, Stephen;
llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd,
April
Cc: cdeihl@faegre.com; jrock@faegre.com; marcus.selig@bakerbotts.com
Subject: RE: WildEarth Guardians v. Public Service Company
```

If you are all at one location, you can call my office. 202-639-1122

Kent

```
From: Lynch, Kevin [mailto:klynch@law.du.edu]
Sent: Wednesday, May 12, 2010 12:29 PM
To: Mayo, Kent; Vedra, Daniel; Harris, Mike; McKee, John; Adams, Stephen;
llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com; Selig, Marcus
Subject: RE: WildEarth Guardians v. Public Service Company
```

Hi Kent - we can do the call at 3:30 MDT. Should we just call you or should we use a call-in number?

Kevin

```
From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Wednesday, May 12, 2010 9:59 AM
To: Vedra, Daniel; Harris, Mike; Lynch, Kevin; McKee, John; Adams, Stephen;
llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd,
April
Cc: cdeihl@faegre.com; jrock@faegre.com; marcus.selig@bakerbotts.com
Subject: RE: WildEarth Guardians v. Public Service Company
```

Dan:

We can be available after 3:30 MST to discuss the interrogatories. We would also like to discuss the basis for your deferral of discussion on the other issues.

Thanks,

5

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED.  CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged.  Do not read this e-mail if you are not the intended recipient.  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply e-mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner.  Thank you.

---

From: Vedra, Daniel [mailto:dvedra11@law.du.edu]
Sent: Monday, May 10, 2010 4:19 PM
To: Mayo, Kent; Harris, Mike; Lynch, Kevin; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com; Selig, Marcus
Subject: RE: WildEarth Guardians v. Public Service Company Kent,

We are available to discuss the interrogatories on Wednesday afternoon but we will not be able to discuss production until next week at the earliest.

Thanks,

Dan

From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Friday, May 07, 2010 4:24 PM
To: Vedra, Daniel; Harris, Mike; Lynch, Kevin; McKee, John; Adams, Stephen; llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com; marcus.selig@bakerbotts.com
Subject: RE: WildEarth Guardians v. Public Service Company

Dan,

Let's consider a call on Tuesday or Wednesday of next week to discuss your interrogatory objections and further follow-up on the issues below.

Thanks,

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004

```
Tel:  202-639-1122
Fax:  202-585-1007
```

ATTORNEY-CLIENT PRIVILEGED.  CONFIDENTIALITY NOTICE:  E-mail may contain confidential
information that is legally privileged.  Do not read this e-mail if you are not the intended
recipient.  This e-mail transmission, and any documents, files or previous e-mail messages
attached to it may contain confidential information that is legally privileged.  If you are
not the intended recipient, or a person responsible for delivering it to the intended
recipient, you are hereby notified that any disclosure, copying, distribution or use of any
of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If
you have received this transmission in error, please immediately notify us by reply e-mail,
by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy
the original transmission and its attachments without reading or saving in any manner.  Thank
you.

```
From: Vedra, Daniel [mailto:dvedra11@law.du.edu]
Sent: Friday, May 07, 2010 3:11 PM
To: Mayo, Kent; Harris, Mike; Lynch, Kevin; McKee, John; Adams, Stephen;
llipinsky@mckennalong.com; hfenster@mckennalong.com; Selig, Marcus; Shepherd, April
Cc: cdeihl@faegre.com; jrock@faegre.com; Selig, Marcus
Subject: RE: WildEarth Guardians v. Public Service Company Kent,
```

We are taking your objections under advisement and will have a response once we have had an opportunity to discuss internally.

Thank you,

Dan

```
From: kent.mayo@bakerbotts.com [mailto:kent.mayo@bakerbotts.com]
Sent: Tuesday, May 04, 2010 6:42 PM
To: Harris, Mike; Lynch, Kevin; McKee, John; Adams, Stephen; Vedra, Daniel;
llipinsky@mckennalong.com; hfenster@mckennalong.com; marcus.selig@bakerbotts.com; Shepherd,
April
Cc: cdeihl@faegre.com; jrock@faegre.com; marcus.selig@bakerbotts.com
Subject: WildEarth Guardians v. Public Service Company
```

Counsel:

Consistent with PSCo's ongoing efforts to efficiently resolve potential discovery disputes, we are providing additional information regarding certain topics on which the parties have exchanged prior correspondence.

    Document Production

PSCo is continuing to press forward diligently with its rolling production and anticipates producing next week another group of documents that are responsive to multiple production requests.  PSCo continues to work with its ESI vendor to locate, collect and review ESI for production in the format finally agreed to by the parties last week.
As we have noted, however, completion of this production process is time-consuming due to the broad nature of WEG's request.  For example, WEG's first and third production requests purport to seek the production of "all statements, reports, memoranda, communications, receipts, invoices, logs, and any other documents that in any way mention, describe, or

7

otherwise refer" to any repairs or maintenance performed on the pollution controls equipment affecting opacity or on the COMS.

PSCo's investigation indicates that such requests, read broadly, may implicate from 4,000 to more than 10,000 separate maintenance work orders. If these work orders were produced along with "all" related information WEG purports to require, the production for these responses likely would include tens of thousands of images or greater. Though the work orders are stored in a maintenance management database, it is not possible to collect the related information for each work order without significant manual intervention; thus, the resources required to isolate and produce this information, which adds little to the information otherwise available, are excessive. We believe further conversations are appropriate to narrow the scope of your requests and PSCo's response to avoid the unnecessary and unjustified expenditure of resources.

E-Mails on Backup Tapes

We previously informed WEG that PSCo would object to the production of any e-mails stored on backup tapes. This objection is consistent with substantial precedent recognizing that backup tapes containing archived data are not considered reasonably accessible pursuant to Fed. R. Civ. P. 26(b)(2)(B). See, e.g., Cache La Poudre Feeds v. Land O' Lakes, Inc., 244 F.R.D. 614, 628 (D. Colo. 2007) (citing Semsroth v. City of Wichita, 239 F.R.D. 630, 635-36 (D. Kan. 2006)). PSCo is continuing to investigate this issue, but has identified a large quantity of backup tapes containing e-mail records created during the five-year period relevant to WEG's complaint. The baseline processing cost for each tape is $500, with additional costs per gigabyte of data collected. Even a conservative assessment of potential processing costs would range from the hundreds of thousands of dollars and could be much higher. These costs, which do not consider the extensive resources required to review the information collected, far exceed any value associated with the requested discovery in the context of this matter.

We are available for further conversations regarding these issues.

Kent Mayo
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  202-639-1122
Fax: 202-585-1007

ATTORNEY-CLIENT PRIVILEGED. CONFIDENTIALITY NOTICE:  E-mail may contain confidential information that is legally privileged. Do not read this e-mail if you are not the intended recipient. This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e -mail, by forwarding this to kent.mayo@bakerbotts.com or by telephone at (202) 639-1122 and destroy the original transmission and its attachments without reading or saving in any manner. Thank you.