IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01862-ZLW-MEH

WILDEARTH GUARDIANS,
      Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO
d/b/a/ XCEL ENERGY,
      Defendant.

_____

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**
_____

      Based upon Plaintiff's Motion for Protective Order, it is hereby ORDERED that

Plaintiff's Motion is GRANTED.  Plaintiff shall not be obligated to respond to Defendant's

Second Set of Interrogatories, which is hereby quashed.

IT IS SO ORDERED.

      Dated this _____ day of _____, 2010.


                        By the Court:


                        _____