IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-ZLW-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

　　　　Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

　　　　Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 23, 2010.**

　　　　In light of the Joint Status Report filed by the parties on November 19, 2010 [docket #149], Plaintiff's Motion for an Order Compelling Discovery [filed August 4, 2010; docket #74] and Defendant's Motion for Protective Order [filed August 25, 2010; docket #90] are **denied as moot**.