IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-RBJ-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

Defendant's Motion for Leave to Respond to Declaration of Dr. Ranajit Sahu [filed November 3, docket #240] is **granted**.  The Court directs the Clerk of Court to file Public Service's Response to Declaration of Dr. Ranajit Sahu, found at docket #240-1.