IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01862-RBJ-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2011.**

    Plaintiff's Motion for Leave to Respond to Defendant's Notice of Supplemental Authority [filed November 9, 2011; docket #244] is **granted**.  The Clerk of the Court shall file the Plaintiff's Response to Xcel's Notice of Supplemental Authority, found at docket #244-1.  Defendant may file a reply brief in support of the Notice of Supplemental Authority, no longer than five pages in length, on or before December 5, 2011.