IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01862-RBJ-MEH

WILDEARTH GUARDIANS, a New Mexico non-profit corporation,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2011.**

    Defendant's Unopposed Motion to Address Plaintiff's Supplemental Expert Report and Depose Dr. Ranajit Sahu Outside the Discovery Period [filed December 20, 2011; docket #252] is **granted** as follows. Defendant may request documents and take the deposition of Dr. Ranajit Sahu on January 17, 2012, based upon his supplemental expert report submitted by the Plaintiff last month.