# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01862-RBJ-MEH

WILDEARTH GUARDIANS,

    Plaintiff,

v.

PUBLIC SERVICE COMPANY OF COLORADO
d/b/a XCEL ENERGY,

    Defendant.

---

## ORDER
---

Plaintiff's Unopposed Motion for Close Case Pursuant to Parties' Settlement Agreement and Consent Decree, filed on July 25, 2013, is **GRANTED**.

**ORDERED:** The above-captioned case is now closed pursuant to the terms of the Consent Decree approved by this Court on April 30, 2013.

DATED this 29th day of July, 2013.

        BY THE COURT:

        _____
        R. Brooke Jackson
        United States District Judge